**2007-0488. State ex rel. Bryant v. Summit Cty. Court of Common Pleas.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER and CUPP, JJ., concur.

O'DONNELL, J., dissents and would grant an alternative writ.

**2007-0505. State ex rel. Jones v. Court of Appeals, Sixth Appellate Dist.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007-0554. Collins v. Lyons.**
Erie App. No. E-07-006, 2007-Ohio-745. On motion to dismiss appeal. Motion granted. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007-0555. Flint v. Internatl. Multifoods, Inc.**
Lorain App. No. 06CA008918, 2007-Ohio-679. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.

PFEIFER, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**2007-0564. State ex rel. Borkowski v. Markus.**
In Mandamus and Procedendo. On motion to dismiss of John S. Shaffer and relator's motions for judgment on pleadings, to consolidate, and for issuance of alternative writ. Motion to dismiss granted. All other motions denied. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007-0629. Weppler v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Joseph Weppler. Sua sponte, cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007-0631. State ex rel. Jennings v. Akron.**
In Mandamus. On respondent's motion to dismiss and relator's motion for new trial. Motion to dismiss granted. Motion for new trial denied. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007-0635. North v. Collins.**
In Habeas Corpus. On petition for writ of habeas corpus of Leslie R. North. Sua sponte, cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007-0638. State ex rel. Ashipa v. Kubicki.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007-0645. Christian v. Gansheimer.**
In Habeas Corpus. On petition for writ of habeas corpus of Alan Christian and petitioner's motion to compel discovery. Sua sponte, cause dismissed. Motion to compel discovery denied as moot.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007-0653. State ex rel. Pullins v. Eyster.**
In Procedendo and Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.